**Cuong M. Nguyen (SBN 248586)**
*cmnguyen@ww.law*
**WOLFE & WYMAN LLP**
**1310 H Street**
**Sacramento, CA 95814**
**Telephone: (916) 912-4700**
**Facsimile: (949) 475-9203**

**Attorneys for Defendant**
**CARRINGTON MORTGAGE SERVICES, LLC**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN TUTHILL,<br><br>              Plaintiff,<br><br>    v.<br><br>CARRINGTON MORTGAGE SERVICING LLC; and DOES 1-10,<br><br>              Defendants. | Case No.: 2:25-cv-03573-DJC-AC<br><br>**ORDER ON STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Before the Court is the Stipulation by Plaintiff STEVEN TUTHILL ("Plaintiff") and Defendant CARRINGTON MORTGAGE SERVICES, LLC ("Defendant") to extend the deadline for Defendant to file a response to Plaintiff's Complaint. For good cause shown,

**IT IS HEREBY ORDERED THAT** Defendant Carrington Mortgage Services, LLC's deadline to file a response to Plaintiff's Complaint is extended to April 23, 2026.

**IT IS SO ORDERED.**

Dated: March 24, 2026     /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1

ORDER ON STIPULATION TO EXTEND DEADLINE
#5761074V1<DMSDB1> - PROPOSED ORDER